**MEMO ENDORSED**

# Green & Willstatter
Attorneys at Law
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601

Theodore S. Green
Richard D. Willstatter

(914) 948-5656
Fax (914) 948-8730

e-mail: willstatter@msn.com

September 13, 2022

> Appointed counsel's (Willstatter and Sahli) request to submit interim vouchers is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 99.
> Dated: White Plains, NY
> Sept. 19, 2022
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Quadri Sallahuddin*
21 Cr. 681 (NSR) -02

Dear Judge Román:

This is a request for permission for appointed counsel, including me and Emilee A. Sahli, Esq., to submit interim vouchers in this case. Under Section IX(C) of the SDNY's Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act of 1964, the Court may approve the submission of interim payments to counsel where it is considered necessary and appropriate. This case has been pending for nearly one year and is a complex case with voluminous discovery.

Very truly yours,

/s/ Richard D. Willstatter
RICHARD D. WILLSTATTER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2022