UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

QUADRI SALAHUDDIN,

                Defendant.

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2024
```

**ORDER**

21 Cr. 681 (NSR) (02)

**NELSON S. ROMÁN, U.S.D.J.:**

On October 11, 2021, a three-count criminal complaint was filed against Quadri Salahuddin ("Defendant"). (ECF No. 2). A CJA 23 Financial Affidavit was approved by Magistrate Judge Andrew E. Krause on October 14, 2021. (ECF No. 11). The same day, Judge Krause appointed Richard Willstatter to represent Defendant. (ECF No. 8). On November 9, 2021, Defendant was indicted on three counts: (1) conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349; (2) wire fraud in violation of 18 U.S.C. §§ 1343, 1342; and (3) aggravated identity theft in violation of 18 U.S.C. §§ 1028A(a)(1), 2(a). (ECF No. 20).

On May 11, 2023, Counsel Willstatter submitted a letter indicating there had been a breakdown in communications between himself and Defendant. (ECF No. 111). The following day, the Court set a date for an in-person hearing to discuss the issues raised in Counsel Willstatter's letter. (ECF No. 112).

That hearing was held on May 16, 2023, wherein Defendant requested to represent himself. (Minute Entry for proceedings held before Judge Nelson Stephen Román: Attorney Appointment Hearing as to Quadri Salahuddin held on 5/16/2023). The Court then performed a *Faretta* inquiry and found that Defendant: (1) understood the nature of the proceedings and was competent to stand

trial; (2) understood he has a right to an attorney throughout the proceedings; (3) had the mental capacity to conduct trial proceedings by himself, put on his own defense at trial, and was competent to waive his right to counsel; and (4) clearly and unequivocally made a knowing, intelligent, voluntarily, and unequivocal request to proceed *pro se*. (*Id*.). Margaret Shalley was appointed as standby counsel. (*Id*.)

The case proceeded to trial, which commenced on January 29, 2024 and concluded on February 9, 2024 with Defendant and his co-defendants each convicted on all three counts. (Minute Entry for proceedings held before Judge Nelson Stephen Roman: Jury Trial as to Jacob Carter, Quadri Salahuddin, Anwar Salahuddin held on 2/9/2024. Jury trial held (continued and concluded)). During trial, Counsel Yusef El Ashmawy and Sarah Speis also served as standby counsel in addition to Counsel Shalley.

In a letter dated May 7, 2024, Defendant requested that his standby counsel be relieved and further requested a different attorney be appointed as standby counsel. (ECF No. 207).

A hearing was held before this Court on May 23, 2024, during which the Court engaged in a colloquy with Defendant during which Defendant indicated that, rather than have new standby counsel appointed, he instead wished to revoke his *pro se* status and have new counsel appointed to represent him. At that hearing, the Court found Defendant knowingly, intelligently, voluntarily, and unequivocally requested that the Court revoke his *pro se* status and sought the appointment of counsel to represent him in this matter.

Accordingly, the Court relieved Counsels Shalley, El Ashmawy, and Speis as standby counsel. The Court was advised that Ezra Spilke has agreed to represent Defendant. As such, Ezra Spilke is hereby appointed as CJA counsel of record for all purposes moving forward effective

May 23, 2024.

Counsel Shalley and, to the extent applicable, Counsel El Ashmawy and Speis, are directed to turn over Defendant's file to Counsel Spilke forthwith. Counsel Shalley is further directed to mail a copy of this Order to Defendant and file proof of service on the docket.

Finally, as discussed at the hearing held May 23, 2024, sentencing is adjourned until December 13, 2024 at 11 a.m. If Defendant wishes to submit a post-trial motion, counsel is directed to do so on or before June 24, 2024. The Government is directed to oppose by July 15, 2024. A reply, if any, shall be filed on or before July 30, 2024.

Dated:  White Plains, New York
        May 24, 2024

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE