USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **6/19/2024**

# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

**MEMO ENDORSED**

By ECF                                                                         June 19, 2024

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

        **Re:**    *United States v. Quadri Salahuddin*, No. 21 cr 681-2 (S.D.N.Y.)

Dear Judge Román:

      With the consent of the government, I write to respectfully request a thirty-day extension of the deadline for the filing of Quadri Salahuddin's post-trial motions. As your Honor is aware, Mr. Salahuddin represented himself at trial but, three months after the jury's guilty verdicts, requested counsel. Accordingly, I was appointed under the CJA on May 24, 2024, at which time the Court scheduled a deadline of June 24 for post-trial motions.

      The reasons for this request are that I have a long-scheduled deadline of July 2, 2024, for the filing of an appellate brief in *United States v. Victoria Davidson*, 24-448 (2d Cir.) as well as deadlines for sentencing submissions in two cases. I am also attending a capital-case training program from June 23rd through 26th. In addition, I am still reviewing the trial minutes and other materials in this case and discussing with the client the merits of potential grounds for relief. Accordingly, I respectfully request an extension of the deadline for the filing of Quadri Salahuddin's post-trial motions to July 22, 2024.

      I have conferred with AUSA Jeff Coffman about this request and was informed that the government has no objection. This is the first request for an extension Thank you for your attention to this request.

Respectfully submitted,

*Ezra Spilke*

Ezra Spilke

cc:    All counsel of record, by ECF
       Quadri Salahuddin, by U.S.P.S.

---

**Def. Quadri Salahuddin's request, consent to by the Gov't, is GRANTED. The briefing schedule with respect to Def. Quadri Salahuddin's motions <u>only</u> is revised as follows: (1) moving papers are due July 22, 2024; (2) opposition papers are due August 12, 2024; and (3) replies, if any, are due August 26, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 221.
Dated: July 19, 2024
          White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE