**MEMO ENDORSED**

Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

**By ECF**  November 26, 2024

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

    Re:   *United States v. Quadri Salahuddin*, No. 21 Cr. 681 (S.D.N.Y.)-02

Dear Judge Román:

    With the consent of the government, I write to respectfully request a thirty-day adjournment of the sentencing hearing scheduled for December 13, 2024. I am awaiting documents to aid the Court in sentencing including letters of support and educational and employment records. In addition, the current deadline for the defense's sentencing submission is the Friday after Thanksgiving. Because I have family commitments this week, I will have less time to devote to finalizing the submission than I otherwise would have. I have conferred with AUSA Jeff Coffman about this request and was informed that the government has no objection. This is the first request for an adjournment. Thank you for your attention to this request.

Respectfully submitted,<br>
<br>
Ezra Spilke

cc:    All counsel of record, by ECF

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024

---

**Deft. Quadri Salahuddin's (02) request to adjourn the Dec. 13, 2024 Sentencing is GRANTED without objection by the Gov't. The Sentencing is adjourned until Feb. 5, 2025 at 11:45 am. Clerk of Court is requested to terminate the motion at ECF No. 253.**
**Dated: White Plains, NY**
      **November 26, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE