**MEMO ENDORSED**

## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

By ECF

January 27, 2025

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

Re:   *United States v. Quadri Salahuddin*, No. 21 Cr. 681 (S.D.N.Y.)-02

Dear Judge Román:

With the consent of the government, I write to respectfully request a forty-five-day adjournment of the sentencing hearing scheduled for February 5, 2025. Last week, I concluded trial in *United States v. Bruce Morris*, 24 Cr. 358, before Judge Furman. The trial took longer than the parties projected and resulted in a hung jury/mistrial. Judge Furman scheduled the retrial for February 26. Accordingly, I am respectfully requesting an adjournment of forty-five days for Mr. Salahuddin's sentencing. I have conferred with AUSAs Jeff Coffman and Courtney Heavey about this request and was informed that the government has no objection. This is the second request for an adjournment. The first was granted. Thank you for your attention to this request.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF

In light of Defense counsel's scheduling conflict, Deft. Quadri Salahuddin's (02) request to adjourn the Sentencing from Feb. 5, 2025 until March 26, 2025 at 11:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 269.
Dated: White Plains, NY
       January 30, 2025
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2025